CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 17 2010

JULIA C. DUDLEY, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LUIS RAFAEL FIGUEROA-HERNANDEZ, | )<br>)<br>) |
| Petitioner, | ) Case No. 7:10CV00536 |
| v. | )<br>) FINAL ORDER |
| CHRISTOPHER ZYCH, WARDEN, | )<br>) By: Glen E. Conrad<br>) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is summarily **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 17th day of December, 2010.

/s/ Glen E. Conrad
Chief United States District Judge